# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Dick Pacific Construction Company, Ltd. ) ASBCA Nos. 59064, 59332, 59334
)
Under Contract No. W9128A-07-C-0004 )

APPEARANCES FOR THE APPELLANT: John W. Ralls, Esq.
W. Samuel Niece, Esq.
  Ralls Gruber & Niece LLP
  San Mateo, CA

Michael T. Ambroso, Esq.
General Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Nathan K. Sadowski, Esq.
Brian S. Smith, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Honolulu

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 3 March 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59064, 59332, 59334, Appeals of Dick Pacific Construction Company, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals